**Mary V. KIEHN, Individually as Executrix of the Estate of James Henry Kiehn, Deceased, and as natural Guardian of her minor children, Ryan A. Kiehn, Mark W. Kiehn, Sara E. Kiehn and Ross M. Kiehn, Plaintiff,**

v.

**ELKEM–SPIGERVERKET A/S KEMI–METAL, Defendant.**

Civ. A. No. 83–0366.

United States District Court,
M.D. Pennsylvania.

March 11, 1986.

ORDER

CALDWELL, District Judge.

AND NOW, this 11th day of March, 1986, in view of the settlement reached in this matter, IT IS HEREBY ORDERED that this Court's opinion on the choice-of-law issue, published at 585 F.Supp. 413 (M.D.Pa.1984), be and is hereby withdrawn.